UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALRADA PRECISION CORP. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STUART COX,<br><br>Defendants. | Case No.:  24-cv-1122-AJB-DEB<br><br>**ORDER REQUIRING PLAINTIFFS TO SERVE DEFENDANT WITH FILINGS** |

Upon review of the docket, it appears that Plaintiffs Dalrada Precision Corp. and Dalrada Financial Corporation ("Plaintiffs") have not been properly serving Defendant Stuart Cox ("Defendant") with their filings in this action.

Section 2.d.2 of the Electronic Case Filing Administrative Policies and Procedures Manual for United States District Court for the Southern District of California ("ECF Manual") provides that "[a] party who is not a registered participant of CM/ECF is entitled to service of a paper copy of any electronically filed document. The filing party must serve the non-registered party with the document according to the Federal Rules of Civil, Criminal and Appellate Procedure."

Here, Plaintiffs' filings include a "Certificate of Service" stating that "a copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF

1

system" and that "[n]otice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt via email service." (*See, e.g.*, Doc. No. 133 at 21.) This is insufficient.

Defendant is appearing in this action *pro se* and is not registered participant of CM/ECF. Indeed, Defendant does not have an email address registered with CM/ECF. (*See generally* Docket.) Thus, Defendant does not receive electronic notice of filings in this matter and is entitled to a paper copy of any electronically filed document. ECF Manual § 2.d.2. Accordingly, the Court **ORDERS** Plaintiffs to serve Defendant with the following documents consistent with Rule 5 of the Federal Rules of Civil Procedure: (1) The First Amended Complaint (Doc. No. 129) and (2) the redline version of the First Amended Complaint (Doc. No. 133). Plaintiffs must file a proof of service on the docket indicating that Plaintiffs properly served Defendant with the documents. Any future filings must comply with all applicable rules. Future noncompliance with the Federal Rules, Local Rules, or Chambers Rules will result in sanctions. *See* CivLR 83.1.

**IT IS SO ORDERED.**

Dated: February 4, 2026

Hon. Anthony J. Battaglia
United States District Judge

2

24-cv-1122-AJB-DEB